IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **R. BRIAN JONES**, ) | |
| ) | |
| *Plaintiff*, ) | **CASE NO. 1:08-CV-29** |
| ) | |
| v. ) | |
| ) | |
| **STATE FARM MUTUAL** ) | |
| **AUTOMOBILE INSURANCE** ) | |
| **COMPANY**, ) | |
| ) | |
| *Defendant.* ) | |

**PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

**COMES NOW**, Plaintiff, R. Brian Jones, by and through counsel and hereby files this Motion to Remand to State Court by stating as follows:

**1.** On or about January 11, 2008, Defendant filed a Notice of Removal of the above-styled cause based upon diversity of citizenship and that the jurisdictional amount in controversy exceeds $75,000.00.

**2.** Plaintiff disputes that the jurisdictional amount in controversy exceeds $75,000.00 and hereby stipulates to this Court and Defendant that he is not seeking damages in excess of $75,000.00.

**3.** Based upon the stipulation made by Plaintiff, the present motion should be granted thereby remanding this action back to the Circuit Court of Houston County, Alabama for prosecution therein.

**WHEREFORE**, all premises considered, Plaintiff requests this Court to grant this Motion to Remand to State Court.

**PRIM, FREEMAN & MENDHEIM**

/s/ R. Cliff Mendheim
_____
R. Cliff Mendheim (MEN008)
Attorney for Plaintiff
P. O. Box 2147
Dothan, AL  36302
Email:        rcliff@pfm-law.com
Telephone:    334-671-9555
Facsimile:    334-671-9615

## CERTIFICATE OF SERVICE

    I hereby certify that on January 15, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record as follows:

Michael S. Jackson, Esq.
Attorney for Defendant
P.O. Box 1988
Montgomery, AL 36102-1988

/s/ R. Cliff Mendheim
_____
Of Counsel