IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 JAN 11  P 4: 16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| R. BRIAN JONES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 1:08cv29-WC |
| | ) |
| STATE FARM MUTUAL | ) |
| AUTOMOBILE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| DEFENDANT. | ) |

**CORPORATE DISCLOSURE STATEMENT FILED BY
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

In accordance with the FED.R.CIV.P. 7.1 and the Order of the Court, Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "State Farm") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

State Farm Mutual Automobile Insurance Company is a mutual insurance company having no stock or stockholders. It, therefore, has no parent company and no publicly traded company owns any stock because there is no stock.

**DONE** this the 11th day of January, 2008.

*[signature]*

MICHEAL S. JACKSON [JACKM8173]
Attorney for Defendant State Farm Mutual Automobile Insurance Company

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
  PATTY & FAWAL, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311
(334) 834-5362 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT FILED BY STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY has been served upon all parties to this action by depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows:

R. Cliff Mendheim, Esq.
PRIM, FREEMAN & MENDHEIM
P. O. Box 2147
Dothan, AL 36302

on this the 11th day of January, 2008.

*[signature]*

OF COUNSEL