# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **R. BRIAN JONES**, | ) |
| *Plaintiff*, | ) **CASE NO. 1:08-CV-29** |
| v. | ) |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, | ) |
| *Defendant.* | ) |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW**, Plaintiff, R. Brian Jones, and in accordance with the order of this Court makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: Plaintiff, R. Brian Jones, is an individual and has no entities to be reported.

PRIM, FREEMAN & MENDHEIM

/s/ R. Cliff Mendheim
_____
R. Cliff Mendheim (MEN008)
Attorney for Plaintiff
P. O. Box 2147
Dothan, AL  36302
Email:      rcliff@pfm-law.com
Telephone:  334-671-9555
Facsimile:  334-671-9615

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record as follows:

Michael S. Jackson, Esq.
Attorney for Defendant
P.O. Box 1988
Montgomery, AL 36102-1988

                /s/ R. Cliff Mendheim
                _____
                Of Counsel