**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| R. BRIAN JONES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 1:08-cv-00029-WC |
| | ) |
| STATE FARM MUTUAL | ) |
| AUTOMOBILE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| DEFENDANT. | ) |

## REQUEST FOR A JURY DEMAND

COMES NOW Defendant State Farm Mutual Automobile Insurance Company and, in conformity with its previously filed Civil Action Cover Sheet and pursuant to Rule 38 of the FEDERAL RULES OF CIVIL PROCEDURES, hereby requests that the above stated matter be set for a trial by jury.

**RESPECTFULLY SUBMITTED** this the 16th day of January, 2008.

 s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendant State Farm Mutual Automobile Insurance Company

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
   PATTY & FAWAL, P.C.
Post Office Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 fax


## CERTIFICATE OF SERVICE

     I hereby certify that on January 16, 2008, I electronically filed the foregoing REQUEST FOR A JURY DEMAND with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

R. Cliff Mendheim, Esq.
PRIM, FREEMAN & MENDHEIM
P. O. Box 2147
Dothan, AL 36302

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:


                                             s/   Micheal S. Jackson
                                             **OF COUNSEL**