IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 MAR 18 A 9: 24

DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

R. BRIAN JONES,                        )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )    CASE NO. 1:08-cv-29-WC
                                       )
STATE FARM MUTUAL                      )
AUTOMOBILE INSURANCE CO.               )
                                       )
        Defendant.                     )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or

parties to the above-captioned civil matter who previously have indicated their consent to the

jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a

United States Magistrate Judge conducting any and all further proceedings in the case, including

trial, and ordering the entry of a final judgment.

_____3/17/08_____          _____
DATE                                   SIGNATURE

                                       R. Brian Jones
                                       COUNSEL FOR (print name of all parties)

                                       P.O. Box 2447 Dothan, AL 36302
                                       ADDRESS, CITY, STATE, ZIP CODE

                                       334-671-9555
                                       TELEPHONE NUMBER