IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2008 APR -7  P 3: 05

|  |  |  |
|---|---|---|
| R. BRIAN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cv-29-WC |
| | ) | |
| STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE CO. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or

parties to the above-captioned civil matter who previously have indicated their consent to the

jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a

United States Magistrate Judge conducting any and all further proceedings in the case, including

trial, and ordering the entry of a final judgment.

4- 7- 08
_____
DATE

_____
SIGNATURE

State Farm Mutual Automobile Insurance Co
COUNSEL FOR (print name of all parties)

Beers  Anderson. Jackson  Patty & Fawal  P C.
P. O. Box 1988  Montgomery  AL 36102
ADDRESS, CITY, STATE, ZIP CODE

334/834 5311
_____
TELEPHONE NUMBER