IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| R. BRIAN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:08-cv-29-WC |
| | ) |
| STATE FARM MUTUAL | ) |
| AUTOMOBILE INSURANCE CO. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On 7 April 2008, Defendant filed a Response (Doc. #11) to Plaintiff's Motion to Remand to State Court (Doc. #1).  Accordingly, it is

ORDERED that Plaintiff shall file a reply to the response on or before **16 April 2008.**   After that, the motion will be deemed ready for disposition.

DONE this 8th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE